CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MING JI, ESQ (CSB #256696)
VIGOR LAW GROUP
4695 Chabot Drive, Suite 200
Pleasanton, CA 94588
Tel.: (408) 283-9299
Fax: (866) 600-0082
Email: mji@vigorlaw.com
Attorneys for Defendant:
XLB Kitchen

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/18/21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON

    Plaintiff,

v.

XLB KITCHEN, a California Corporation

    Defendants.

Case: 4:21-cv-02579-YGR

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 12, 2021    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: November 12, 2021    VIGOR LAW GROUP

By: /s/ Ming Ji
    Ming Ji
    Attorney for Defendant
    XLB Kitchen